UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA )
                          )
                          )   Mag. No.  16-9269
                          )
        v.                )   Misdemeanor Class A VIOLATION No. 6041994
                          )
Lori A. Wilson            )

Offense on a Federal Reservation

Before the Honorable Anthony R. Mautone, a United States Magistrate Judge for the Judicial District of New Jersey, specially designated to try persons accused of, and sentence persons convicted of, misdemeanor offenses against the laws of the United States, which were committed within a Federal Reservation under the provisions of 18 U.S.C. 3401, personally appeared this day Sammi Malek, Assistant U.S. Attorney, United States Attorney's Office, Newark, New Jersey, who, under oath charges:

On or about the 2nd day of July, 2016, at Gateway National Recreation Area (Sandy Hook), Highlands, New Jersey, in the District of New Jersey, Lori A. Wilson, did, at approximately 17:32 hours, at

Tent City Parking Lot

1) Knowingly possess a controlled dangerous substance to wit: marijuana in violation of 21 U.S.C. 844(a)

Further, this complaint is based on the attached Statement of Probable Cause.

The name of the complainant is:

_____
Sammi Malek
Assistant U.S. Attorney

Affirmed before me, and subscribed in my presence, at Newark, New Jersey.

___10/12/16___
DATE

_____
HONORABLE ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE